UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: MEYER, SUOZZI, ENGLISH & KLEIN, P.C.-NEW YORK

---

AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, ETANO

Plaintiff(s)

- against -

NEGINAH ORCHESTRAS, INC.

Defendant(s)

Index # 08 CV 01824 (PAULEY)

Purchased February 22, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JAY MITCHELL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 13, 2008 at 10:56 AM at

1537 50TH STREET
PRIVATE HOUSE
BROOKLYN, NY 11219

deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE WILLIAM H. PAULEY III, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELL on NEGINAH ORCHESTRAS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to RACHEL "SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE WILLIAM H. PAULEY III, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELL as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 48 | 5'5 | 140 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 14, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

JAY MITCHELL
License #: 1097069
Invoice #: 457606

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728