UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN FEDERATION OF MUSICIANS
AND EMPLOYERS' PENSION FUND et ano.,

                Plaintiffs,

    V.

NEGINAH ORCHESTRAS, INC.,

                Defendant.

---

08 Civ. 1824 (WHP)

**PLAINTIFFS' NOTICE OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**

      PLEASE TAKE NOTICE that, upon the annexed Affidavit of Ayana M. Brooks, sworn to on April 24, 2008, and the exhibits annexed thereto, Plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund will move this Court before the Honorable William H. Pauley in the United States District Court for the Southern District of New York, Courtroom 11-D, 500 Pearl Street, Room 2210, New York, New York at 9:30 a.m. on May 28, 2008, or such other date and time as the Court may direct, for a judgment by default, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, in favor of plaintiffs and against defendant for the relief requested in the Complaint, an award of attorneys' fees and costs, and for such other and further relief as may be just and proper.

-1-

```
Dated:     New York, New York
           April 24, 2008

                              Meyer, Suozzi, English & Klein, P.C.

                              By:    /s/ Patricia McConnell
                                   Patricia McConnell (PM 1861)
                                   1350 Broadway, Suite 501
                                   New York, New York 10018
                                   (212) 239-4999
                                   pmcconnell@msek.com


                                   Attorneys for Plaintiffs
```

-2-

94532