# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

| | | |
|---|---|---|
| 990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY, NEW YORK 11530-9194<br>516-741-6565<br>FACSIMILE: 516-741-6706<br><br>ONE COMMERCE PLAZA<br>SUITE 1705<br>ALBANY, NEW YORK 12260<br>518-465-5551<br>FACSIMILE: 518-465-2033 | 1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK, NEW YORK 10018-0026<br>212-239-4999<br>FACSIMILE: 212-239-1311<br>E-MAIL: meyersuozzi@msek.com<br>WEBSITE: http://www.msek.com<br><br>June 12, 2008 | 1300 CONNECTICUT AVENUE, N.W.<br>SUITE 600<br>WASHINGTON, DC 20036<br>202-955-6340<br>FACSIMILE: 202-223-0358<br><br>425 BROADHOLLOW ROAD, SUITE 405<br>P.O. BOX 9064<br>MELVILLE, NEW YORK 11747-9064<br>631-249-6565<br>FACSIMILE: 631-777-6906<br><br>PATRICIA MCCONNELL |

Via Facsimile
Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10017

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6/27/2008]

Re: American Federation of Musicians, etc. v. Neginah Orchestras, Inc.
08 CIV 01824 (WHP)

Dear Judge Pauley:

We represent the plaintiffs in this ERISA action to collect delinquent employee benefit fund contributions and to compel an audit of defendant's books and records. Defendant is *pro se*. Settlement discussions with defendant's certified public accountant are ongoing but no agreement has been reached. The parties request an adjournment of the June 13, 2008 initial conference, scheduled for 10:00 a.m., so that the parties may continue and, hopefully finalize, settlement discussions. Thank you.

Respectfully yours,

*Patricia McConnell /DH*
Patricia McConnell

PM:dmh

cc: Neginah Orchestras, Inc. (via mail)
    Jacob Glick, CPA (via email)

*Application granted. This Court will hold an initial pre-trial conference on July 10, 2008 at 10:15 a.m.*

SO ORDERED:

*William H. Pauley, U.S.D.J.*
6/26/2008