UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN FEDERATION OF MUSICIANS
AND EMPLOYERS' PENSION FUND et ano.,

                              Plaintiffs,

                V.

NEGINAH ORCHESTRAS, INC.,

                              Defendant.

08 CIV. 1824 (WHP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

        Darshell Hines, being duly sworn, deposes and says:

1. I am not a party to the action.

2. I am over 18 years of age.

3. I reside at Nassau County, New York.

4. On July 11, 2008, I served the foregoing **Plaintiffs' Notice of Application for Default Judgment Against Defendant, Affidavit in Support of Application for Default Judgment Against Defendant and Proposed Default Judgment** upon:

Neginah Orchestras, Inc.
1537 50th Street
Brooklyn, New York 11219

in this action, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within New York State, located at 1350 Broadway, New York, New York 10018 addressed to said attorney(s) at the address(es) above set forth, being the address(es) designated by said attorney(s) for that purpose.

                                                      _____
                                                      Darshell Hines

Sworn to before me this
11th day of July, 2008

_____
Notary Public

PATRICIA MC CONNELL
Notary Public, State of New York
No. 02MC4688867
Qualified in Westchester County
Commission Expires March 30, 2011

96411