UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN FEDERATION OF MUSICIANS
AND EMPLOYERS' PENSION FUND and
BOARD OF TRUSTEES OF THE AMERICAN
FEDERATION OF MUSICIANS AND EMPLOYERS'
PENSION FUND,

          Plaintiffs,

V.

NEGINAH ORCHESTRAS, INC.,

          Defendant.

---

08 Civ. 1824 (WHP)

**DEFAULT JUDGMENT AND ORDER OF REFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2008

This action having been commenced on February 22, 2008 by the filing of the Complaint and issuance of a Summons, and copies of the Summons and Complaint having been served upon defendant on March 13, 2008, and it further appearing that the above-named defendant has not appeared, answered or made any motion with respect to the Complaint and the time for answering the Complaint or so moving having expired;

**NOW**, on motion of Meyer, Suozzi, English & Klein, P.C., attorneys for the plaintiffs, and upon the proceedings herein, it is

**ORDERED, ADJUDGED AND DECREED,** that judgment be entered against defendant Neginah Orchestras, Inc. in favor of plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund, that defendant shall permit and cooperate in an audit by plaintiffs of defendant's books and records as is necessary for plaintiffs to determine the employee benefit fund contributions due from defendant to plaintiffs for the period since January 1, 2000, such

audit to be permitted by defendants within thirty (30) days after Notice of Entry of this judgment; and it is further

**ORDERED, ADJUDGED AND DECREED,** that plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund have judgment against defendant Neginah Orchestras, Inc., that defendant shall furnish to plaintiffs complete and accurate remittance reports of all engagements performed by musicians employed by defendant since January 1, 2000, within thirty (30) days after Notice of Entry of this judgment; and it is further

**ORDERED, ADJUDGED AND DECREED,** that plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund have judgment against defendant Neginah Orchestras, Inc. for unpaid employee benefit contributions for the period since January 1, 2000, together with interest on the unpaid contributions, as provided in §502(g)(2)(B) of ERISA, plus liquidated damages in a sum equal to the greater of the interest on the delinquent contributions or twenty (20%) percent of the unpaid contributions, as provided in §502(g)(2)(C) of ERISA, plus the costs and disbursements of the action and reasonable attorneys' fees, as provided in §502(g)(2)(D) of ERISA, plus the cost of the audit, pursuant to Section 502(g)(2) of ERISA; and it is further

**ORDER AND DECREED,** that this matter be referred to United States Magistrate Judge Ronald L. Ellis to determine the amount of damages to be assessed against defendant Neginah Orchestras, Inc., to determine the amount of attorneys' fees and costs to be awarded to plaintiffs, and to report and recommend final disposition of this action to the Court; and it is further

**ORDERED AND DECREED**, that, upon such report and recommendation, the Court shall assess damages sustained by the plaintiffs, award attorneys' fees and costs to plaintiffs and shall enter judgment accordingly; and it is further.

**ORDERED, ADJUDGED AND DECREED,** that plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund have expressly reserved the right to recover from defendant Neginah Orchestras, Inc., the amount of any additional benefit contribution deficiencies, with interest and liquidated damages thereon, determined by the audit of defendant's books and records provided for herein.

Dated: New York, New York
      July 21, 2008

_____
U.S.D.J.
William H. Pauley III

-3-

96384

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:

In Re:

           -v-

Case #:       (    )

Dear Litigant,

    Enclosed is a copy of the judgment entered in your case.

    Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

    If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

    The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

    The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $450.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

J. Michael McMahon, Clerk of Court

by: _____

, Deputy Clerk

APPEAL FORMS
Docket Support Unit                                                           Revised: April 9, 2006

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

-------------------------------------------------X
                                                 |
                                                 |       **NOTICE OF APPEAL**
                                                 |
            -V-                                  |
                                                 |       civ.        (    )
                                                 |
                                                 |
-------------------------------------------------X

Notice is hereby given that _____
                                              (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                               (day)          (month)           (year)

                                             _____
                                                      (Signature)

                                             _____
                                                      (Address)

                                             _____
                                                (City, State and Zip Code)

Date: _____            ( ) _____-_____
                                                (Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

**APPEAL FORMS**
Docket Support Unit                                         Revised: April 9, 2006

FORM 1

# United States District Court
## Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

---------------------------------------------X
|
|   **MOTION FOR EXTENSION OF TIME**
|   **TO FILE A NOTICE OF APPEAL**
-V-
|
|   civ.          (    )
|
---------------------------------------------X

    Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
                                                                                 (party)

requests leave to file the within notice of appeal out of time. _____
                                                                                                                (party)

desires to appeal the judgment in this action entered on _____ but failed to file a
                                                                                                  (day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]



                                                                       _____
                                                                                (Signature)

                                                                         _____
                                                                                (Address)

                                                           _____
                                                         (City, State and Zip Code)

Date: _____             (    )_____-_____
                                                                           (Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be <u>received</u> in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

FORM 2

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
---------------------------------X
                                 |
                                 |           NOTICE OF APPEAL
                                 |                AND
         -V-                     |    MOTION FOR EXTENSION OF TIME
                                 |
                                 |       civ.           (    )
                                 |
---------------------------------X
```

1. Notice is hereby given that _____ hereby appeals to
                                                  (party)
the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
                       [Give a description of the judgment]

2. In the event that this form was not received in the Clerk's office within the required time
_____ respectfully requests the court to grant an extension of time in
          (party)
accordance with Fed. R. App. P. 4(a)(5).

   a. In support of this request, _____ states that
                                                (party)
this Court's judgment was received on _____ and that this form was mailed to the
                                           (date)
court on _____ .
              (date)

                                              _____
                                                      (Signature)

                                              _____
                                                      (Address)

                                              _____
                                                 (City, State and Zip Code)

Date: _____          (    ) _____-_____
                                              (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS
Docket Support Unit                                            Revised: April 9, 2006

FORM 3

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

_____X
|
|                                    **AFFIRMATION OF SERVICE**
|
-V-                           |
|
|                                    civ.          (   )
|
_____X

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
       New York, New York

                                            _____
                                                      (Signature)

                                            _____
                                                      (Address)

                                            _____
                                             (City, State and Zip Code)

APPEAL FORMS
Docket Support Unit                                           Revised: April 9, 2006