```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
AMERICAN FEDERATION OF MUSICIANS AND      :
EMPLOYERS' PENSION FUND, et al.,          :
                                          :
                          Plaintiffs,     :
                                          :         ORDER
        - against -                       :
                                          :   08 Civ. 1824 (WHP) (RLE)
NEGINAH ORCHESTRAS, INC.,                 :
                                          :
                          Defendant.      :
------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-09

**RONALD L. ELLIS, United States Magistrate Judge:**

**A SETTLEMENT CONFERENCE WILL BE HELD IN THIS CASE BY THE UNDERSIGNED ON APRIL 21, 2009, AT 11:00 A.M. IN COURTROOM 18D, 500 PEARL STREET.** Unless excused by the Court, each party—including Defendant's principal, Sheldon Lang—together with counsel, must appear in person for the conference.

No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, (212) 805-0242.

**SO ORDERED this 31st day of March 2009**
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge